IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ASHLEY, #132699, | ) |
| Petitioner, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:04cv347-MHT ) (WO) |
| TERRANCE MCDONNELL, WARDEN, et al., | ) ) ) |
| Respondents. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on May 25, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that the petition for habeas corpus relief filed by petitioner Michael Ashley is DISMISSED without prejudice to afford him an opportunity to exhaust all available state court remedies.

Done this 16th day of June, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE