IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL ASHLEY, #132699, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:04cv347-MHT |
| | ) | (WO) |
| TERRANCE MCDONNELL, WARDEN, et al., | ) ) | |
| | ) | |
| Respondents. | ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the court, it is ORDERED and ADJUDGED that the petition for writ of habeas corpus be denied, and that this action be and hereby is dismissed without prejudice.

Done this 16th day of June, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE